1

2

3                              UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5                                     OAKLAND DIVISION

6

7    UNITED STATES OF AMERICA,           )        No. CR-08-00702 SBA
                                         )
8            Plaintiff,                   )        ORDER GRANTING STIPULATED
                                         )        REQUEST TO CONTINUE HEARING
9        v.                               )        DATE TO January 12, 2010 AND TO
                                         )        EXCLUDE TIME UNDER THE SPEEDY
10   JOSE GASCON-VILLARANA,               )        TRIAL ACT
                                         )
11           Defendant.                   )        Date:      December 1, 2009
                                         )        Time:      9:00 a.m.
12                                        )        Court:     Hon. Saundra Brown
                                         )                   Armstrong
13   _____ )

14

15           The parties jointly requested that the hearing in this matter be continued from December

16   1, 2009 to January 12, 2010, and that time be excluded under the Speedy Trial Act between

17   December 1, 2009 and January 12, 2010 to allow for the effective preparation of counsel, taking

18   into account the exercise of due diligence, and continuity of defense counsel.  The government

19   has produced discovery and defense counsel is reviewing that discovery and performing legal

20   research.  Defendant needs additional time to review the discovery that has been produced and to

21   investigate this matter.  The parties agree the ends of justice served by granting the continuance

22   outweigh the best interests of the public and defendant in a speedy trial.  For these stated

23   reasons, the Court finds that the ends of justice served by granting the continuance outweigh the

24   best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and

25   pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

26           **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

1    December 1, 2009 to January 12, 2010 at 9:00 a.m., and that time between December 1, 2009

2    and January 12, 2010 is excluded under the Speedy Trial Act to allow for the effective

3    preparation of counsel, taking into account the exercise of due diligence, and continuity of

4    defense counsel.

5

6    DATED: 11/30/09                           _____

7                                             HON. SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26