UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00702 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. | ) ) | AND SENTENCING ON APRIL 6, 2010 AND TO EXCLUDE TIME UNDER THE |
| JOSE JESUS GASCANO-VILLARANA, | ) ) | SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on April 6, 2010 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between January 21, 2010 and April 6, 2010  to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-08-0702 SBA

1   **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2   April 13, 2010 at 10:00 a.m., and that time between January 21, 2010 and April 13, 2010 is
3   excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
4   consideration by the Court of a proposed plea agreement to be entered into by the defendant and
5   the attorney for the government.
6   **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7   Presentence Investigation Report.

9   DATED:1/25/10

    _____
    HON. SAUNDRA BROWN ARMSTRONG
    United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-08-0702 SBA