UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00702 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING TO APRIL 27, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| JOSE GASCON-VILLARANA, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:       April 27, 2010<br>Time:       10:00 a.m.<br>Court:       Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 13, 2010 to April 27, 2010, and that time be excluded under the Speedy Trial Act between April 13, 2010 and April 27, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. Additional time is needed for preparation of a pre-plea criminal history report and for review of that report by the parties. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that date for change of plea and sentencing in this matter is continued from April 13, 2010 to April 27, 2010 at10:00 a.m., and that time between April 13, 2010 and April 27, 2010 is excluded under the Speedy Trial Act to allow for the effective

1  preparation of counsel, taking into account the exercise of due diligence.

3  DATED: 4/12/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge