UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE JESUS GASCONO-VILLARANA, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. CR 08-0702 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JUNE 8, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The government and the defendant jointly requested that the change of plea and sentencing hearing presently set for April 27, 2010 be vacated and that this matter be set for change of plea and sentencing on June 8, 2010 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between April 27, 2010 and June 8, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that the above-referenced defendant is set for change of plea and sentencing on June 8, 2010 at 10:00 a.m., and that time between April 27, 2010 and June 8, 2010 is excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. §

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-08-0702 SBA

3161(h)(1)(G), for consideration by the Court of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare the Presentence Investigation Report.

DATED: 5/7/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge